IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE L. FLOWERS,            )<br>                              )<br>        Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br>DR. VONKLIST, et al.,         )<br>                              )<br>        Defendant.            )<br>_____) | No. C 11-6691 JSW (PR)<br><br>**ORDER OF DISMISSAL**<br><br><br><br><br>(Docket No. 2) |

      On December 29, 2011, Plaintiff, a prisoner of the State of California, filed a civil rights action under 42 U.S.C. § 1983. On the same day, the Clerk notified Plaintiff that he had not paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). He was specifically notified that an IFP application he had filed was not complete because it did not include a certificate of funds form completed and signed by an authorized prison official, nor did it include a statement from his prison trust account showing transactions for the prior six months. Along with the deficiency notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the fee or file a completed IFP application within thirty days. The IFP instructions and form indicated that in order to complete an IFP application, Plaintiff would have to submit a certificate of funds form signed and

completed by a prison official and a prison trust account statement.  No response to the deficiency notice has been received.  Accordingly, this case is DISMISSED without prejudice to refiling in an action in which Plaintiff either pays the filing fee or submits a complete IFP application.

The incomplete IFP application (docket number 2) is DENIED as moot.  The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: February 14, 2012

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

DONTE LEONARDO FLOWERS,

      Plaintiff,

  v.

VONKLIST et al,

      Defendant.

                      /

Case Number: CV11-06691 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donte Leonardo Flowers
V36182
P.O. Box 1020
Soledad, CA 93960

Dated: February 14, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk